## WILLIAMS *v.* NORTH CAROLINA.

No. 4. Decided June 22, 1964.

*Leonard B. Boudin, Victor Rabinowitz* and *Conrad J. Lynn* for petitioner.

*T. W. Bruton,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

PER CURIAM.

The petition for writ of certiorari is granted, the judgment vacated and the case remanded to the Supreme Court of North Carolina for consideration in light of *Robinson* v. *Florida, ante,* p. 153.

MR. JUSTICE DOUGLAS would reverse outright on the basis of the views expressed in his opinion in *Bell* v. *Maryland, ante,* p. 242.

MR. JUSTICE BLACK, MR. JUSTICE HARLAN and MR. JUSTICE WHITE dissent.